# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00112-CV

### In re Prakashanand Saraswati

## ORIGINAL PROCEEDING FROM HAYS COUNTY

## M E M O R A N D U M   O P I N I O N

Petitioner Prakashanand Saraswati has filed an agreed motion to dismiss his petition for writ of mandamus as a result of settlement. We grant the motion and dismiss this proceeding. *See* Tex. R. App. P. 42.1(a)(1), 52.8.

_____

Melissa Goodwin, Justice

Before Justices Puryear, Henson and Goodwin

Dismissed on Agreed Motion

Filed:   March 16, 2011